UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

CHARLES LITTLEWOOD,                )
    Plaintiff,                              )
                                                  )
v.                                                    )    Case No. 2:17-CV-2616-JWL-KGG
                                                  )
MIDWEST TRANSPORT SPECIALISTS, INC,)
    Defendant.                           )

**Joint Notice of Dismissal with Prejudice**

The parties jointly give notice of dismissal of this case, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own costs and fees.

Jointly submitted,

STINSON LEONARD STREET LLP

By    s/Christopher J. Leopold
    Christopher J. Leopold, KS # 19638
    1201 Walnut Street, Suite 2900
    Kansas City, MO 64106
    816.842.8600 || 816.691.3495 [F]
    chris.leopold@stinson.com
ATTORNEYS FOR DEFENDANT


CORNERSTONE LAW FIRM

By::  *s/Megan L. Stiles*
    MARC N. MIDDLETON, Kan. #24458
    MEGAN L. STILES, D. Kan. #78642
    8350 N. St. Clair Ave., Suite 225
    Kansas City, Missouri 64151
    Telephone (816) 581-4040
    Facsimile (816) 741-8889
    m.middleton@cornerstonefirm.com
    m.stiles@cornerstonefirm.com
ATTORNEYS FOR PLAINTIFF